UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TODD ALPHIN,

    Plaintiff,

v.                                Case No: 6:16-cv-509-Orl-41TBS

VOLKSWAGEN OF AMERICA, INC.,
VOLKSWAGEN GROUP OF AMERICA,
INC. and AUDI OF AMERICA, INC.,

    Defendants.

## ORDER

This case comes before the Court on Defendant Volkswagen Group of America, Inc.'s Unopposed Motion to Stay All Court Proceedings, Pleadings and Discovery Pending Transfer to Multidistrict Case In Re: Volkswagen "Clean Diesel" Marketing Sales Practices, and Products Liability Litigation, MDL 2672 (Doc 16), Defendant, Volkswagen of America, Inc.'s Consent to the Motion (Doc. 17), and Defendant, Audi of America, Inc.'s Consent to the Motion (Doc. 18). Plaintiff does not oppose the motion (Doc. 16 at 16).

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 706 (1997). By way of the motion to stay, movant requests that this case be stayed pending a determination by the Judicial Panel on Multidistrict Litigation, in MDL No. 2672, regarding MDL treatment and transfer. The interests of judicial economy and the preservation of the parties' resources, as well as the likely imminence of the panel's decision strongly favor staying this case pending the panel's determination. Accordingly:

(1) The motion to stay (Doc. 16) is **GRANTED**.

(2) This case is **STAYED** pending further Order.

(3) If this case has not been transferred by **January 15, 2016**, then movant shall file a status report as to the panel's determination.

(4) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record